UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAGINAW CHIPPEWA INDIAN TRIBE
OF MICHIGAN, el al.,

        Plaintiffs,                             Case No. 16-cv-10317

v.                                           Honorable Thomas L. Ludington

BLUE CROSS BLUE SHIELD OF MICHIGAN,

        Defendant.
_____/

**JUDGMENT**

In accordance with Opinion and Order granting in part the Parties' Cross-Motions for Partial Summary Judgment entered on this date,

It is **ORDERED AND ADJUDGED** that, in accordance with Federal Rules of Civil Procedure 54, 56, and 58, on Count One and Count Two of Plaintiff's Amended Complaint against Defendant as they relate to payment of hidden access fees for the Employee Plan, judgment is entered **in favor of Plaintiffs Saginaw Chippewa Indian Tribe of Michigan and against the Defendant Blue Cross Blue Shield of Michigan** in the amount of **$8,426,278.**

It is further **ORDERED AND ADJUDGED** that Count One and Count Two of the Amended Complaint are **DISMISSED with prejudice** to the extent they allege claims related to payment of hidden access fees for the Member Plan or the Physicians Group Incentive Program.

Dated: July 14, 2017                                    s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                 United States District Judge

- 2 -

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 14, 2017.

                                          s/Kelly Winslow
                                          KELLY WINSLOW, Case Manager