UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN AND ITS WELFARE BENEFIT PLAN, | Case No. 16-cv-10317 |
| | Honorable Thomas L. Ludington |
| Plaintiffs, | Magistrate Judge Patricia T. Morris |
| v. | **NOTICE OF APPEAL** |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

Notice is hereby given that Plaintiffs, Saginaw Chippewa Indian Tribe of Michigan and Its Welfare Benefit Plan, appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on July 14, 2017 (and all underlying orders in the case).

Dated: August 11, 2017        By:   /s/ Bryan R. Walters
                                    Bryan R. Walters (P58050)
                                    Business Address & Telephone:
                                        Bridgewater Place, PO Box 352
                                        Grand Rapids, MI, 49501-0352
                                        Phone: (616) 336-6000
                                        Fax: (616) 336-7000
                                        brwalters@varnumlaw.com

12111491_1.docx