UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN AND ITS WELFARE BENEFIT PLAN, | Case No. 16-cv-10317 |
| | Honorable Thomas L. Ludington |
| Plaintiffs, | Magistrate Judge Patricia T. Morris |
| v. | **NOTICE OF APPEAL** |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

Notice is hereby given that Plaintiffs, Saginaw Chippewa Indian Tribe of Michigan and Its Welfare Benefit Plan, appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Order Denying Defendant's Motion for Attorney Fees, Granting in Part Plaintiffs' Motion for Attorney Fees, and Granting in Part Motion to Review Taxed Bill of Costs entered in this action on January 17, 2018.

Dated: February 15, 2018

By: /s/ Bryan R. Walters
Bryan R. Walters (P58050)
Business Address & Telephone:
Bridgewater Place, PO Box 352
Grand Rapids, MI, 49501-0352
Phone: (616) 336-6000
Fax: (616) 336-7000
brwalters@varnumlaw.com

12803892_1.docx