# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 25, 2018

Mr. David J. Weaver
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

Re: Case No. 18-1170, *Saginaw Chippewa Indian Tribe, et al v. Blue Cross Blue Shield of MI, et al*
Originating Case No. : 1:16-cv-10317

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc: Mr. Phillip J. DeRosier
    Mr. Perrin Rynders
    Mr. Bryan R. Walters

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1170

_____

Filed: September 25, 2018

SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN; WELFARE BENEFIT PLAN

    Plaintiffs - Appellants

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 08/30/2018 the mandate for this case hereby issues today.

 COSTS:  None