# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 05, 2018

Mr. David J. Weaver
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

         Re:  Case No. 17-1932, *Saginaw Chippewa Indian Tribe, et al v. Blue Cross Blue Shield of M*
              Originating Case No. : 1:16-cv-10317

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                                     Sincerely yours,

                                                     s/Michelle M. Davis
                                                     Case Manager
                                                     Direct Dial No. 513-564-7025

cc:  Mr. Phillip J. DeRosier
      Ms. Tacy Fletcher Flint
      Ms. Abigail Behr Molitor
      Mr. Aaron M. Phelps
      Mr. Perrin Rynders
      Mr. Constantine L. Trela Jr.
      Mr. Bryan R. Walters

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-1932

_____

Filed: December 05, 2018

SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN; WELFARE BENEFIT PLAN

    Plaintiffs - Appellants

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/30/2018 the mandate for this case hereby issues today.

COSTS: None