UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAGINAW CHIPPEWA INDIAN TRIBE
OF MICHIGAN, et al.,

        Plaintiffs,         Case No. 16-cv-10317

v.         Honorable Thomas L. Ludington

BLUE CROSS BLUE SHIELD OF MICHIGAN,

        Defendant.
_____/

**JUDGMENT**

Pursuant to the order entered this day granting Defendant's motion for summary judgment,

It is **ORDERED AND ADJUDGED** that Plaintiffs' amended complaint, ECF No. 7, is **DISMISSED**.


Dated: August 7, 2020         s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge