UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN AND ITS WELFARE BENEFIT PLAN, | Case No. 16-cv-10317 |
| | Honorable Thomas L. Ludington |
| Plaintiffs, | Magistrate Judge Patricia T. Morris |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Saginaw Chippewa Indian Tribe of Michigan and Its Welfare Benefit Plan, appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting BCBSM's Motion for Summary Judgment and Dismissing Plaintiffs' Amended Complaint (ECF No. 197), the Judgment (ECF No. 198), and the Order Denying Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 202).

Respectfully submitted,

VARNUM
Attorneys for Plaintiffs

Dated: March 3, 2021        By: */s/ Herman D. Hofman*
                                Perrin Rynders (P38221)
                                Herman D. Hofman (P81297)

P.O. Box 352
Grand Rapids, MI 49501-0352
616/336-6000
prynders@varnumlaw.com
hdhofman@varnumlaw.com

17622940.1