# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 15, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

    Re: Case No. 21-1226, *Saginaw Chippewa Indian Tribe, et al v. Blue Cross Blue Shield of M*
          Originating Case No. : 1:16-cv-10317

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Divya Kumar
                              For Ryan Orme, Case Manager

cc: Mr. Phillip J. DeRosier
     Ms. Tacy Fletcher Flint
     Mr. Herman Daniel Hofman
     Ms. Abigail Behr Molitor
     Mr. James Nichols
     Mr. Perrin Rynders
     Ms. Rebecca B. Shafer

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1226

_____

Filed: June 15, 2022

SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN; WELFARE BENEFIT PLAN

    Plaintiffs - Appellants

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/25/2022 the mandate for this case hereby issues today.

COSTS: None